**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN ZENC, | ) | No. EDCV 12-1861-FMO (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DAVID LONG, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 22, 2013

/s/

FERNANDO M. OLGUIN
United States District Judge